CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 29 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CHANELLE SATTERFIELD, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18cv24 |
| v. | ) |
| | ) |
| GOVERNMENT EMPLOYEES | ) |
| INSURANCE CO., | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on October 5, 2018, ECF No. 30, recommending that the court dismiss plaintiff Chanelle Satterfield's Complaint against defendant Government Employees Insurance Co. ("GEICO"), ECF No. 1 Ex. 2, for failure to timely effect service on GEICO. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

It is accordingly **ORDERED** and **ADJUDGED** that this action is **DISMISSED without prejudice** for Satterfield's failure to effect service on GEICO.

The Clerk is directed to send a copy of this order to all counsel of record and the address on file for the pro se plaintiff.

Entered: 10-26-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge